# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:21-CV-061-RJC-DCK

| | |
|---|---|
| **ANDRE ANTONIO DAVIS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **MONTY WILKERSON, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on *pro se* Plaintiff's "Motion …To Be Heard *In Res Ipsa Loquitor*" (Document No. 3) filed February 8, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>deny</u> the motion.

Plaintiff's motion does not comply with the requirements for motions in civil cases before this Court pursuant to Local Rule 7.1. Moreover, the undersigned cannot determine what, if any, relief Plaintiff seeks by the instant "motion." To the extent *pro se* Plaintiff is attempting to present a legal argument in support of his claims, it appears to be premature.

Plaintiff is respectfully advised that even if he is appearing without counsel, be must abide by the Federal Rules of Civil Procedure, the Local Rules of this Court, and any Orders issued in this lawsuit.

**IT IS, THEREFORE, ORDERED** that *pro se* Plaintiff's "Motion …To Be Heard *In Res Ipsa Loquitor*" (Document No. 3) is **DENIED WITHOUT PREJUDICE**.

**SO ORDERED**.

Signed: February 12, 2021

David C. Keesler
United States Magistrate Judge