# Affidavit of Process Server

United States District Court for the Western District of North Carolina

(NAME OF COURT)

| Andre Antonio Davis | vs | Department of Homeland Secuirty CISA | 3.21-CV-0006 FRJC-DCK |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I **George Johnson**_____, being first duly sworn, depose and say:  that I am over the age of 18 years and **not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.**

**Service:** I served **Department of Homeland Security CISA**_____

NAME OF PERSON / ENTITY BEING SERVED

with (list documents) **Summons and Complaint-22 employees listed on addendum served**_____

by leaving with **Maria Summer**_____ **Administrator**_____ At

| NAME | RELATIONSHIP / POSITION |
|---|---|

☐ Residence_____

| ADDRESS | CITY / STATE |
|---|---|

■ Business 6130 Tyvola Road_____ Charlotte N.C. 28217

| ADDRESS | CITY / STATE |
|---|---|

On **5-4-2021**_____ AT **11:14 AM**_____

| DATE | TIME |
|---|---|

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on_____

DATE

from_____

| CITY | STATE | ZIP |
|---|---|---|

## Manner of Service:

☐ **Personal:** By personally delivering copies to the person being served.

☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.

■ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.

☐ **Corporate:** By personally delivering copies to the person named above.

☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ **Unknown at Address**    ☐ **Moved, Left no Forwarding**    ☐ **Service Cancelled by Litigant** ☐ **Unable to Serve in Timely Fashion**
☐ **Address Does Not Exist** ☐ **Other**_____

**Service Attempts:** Service was attempted on: (1) **5/4/2021**_____ (2)_____

| DATE | TIME | | DATE | TIME |
|---|---|---|---|---|

(3)_____ (4)_____ (5)_____

| DATE | TIME | | DATE | TIME | | DATE | TIME |
|---|---|---|---|---|---|---|---|

**Description:.** Age **29** Sex **F** Race **Hisp** Height **5'6"** Weight **120** Hair **Black** Beard _____ Glasses _____

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this _**6**_ day of ___**May**___, 20**21**, by ~~George Johnson~~
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

My Commission Expires
June 10, 2024

SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of _North Carolina_

FORM 2        NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

**Addendum to Case Number 3.21.cv-00061-RJC-DCK**

**Summons and Complaint**

**6130 Tyvola Road**

**Charlotte, N. C. 28217**

**Employees served via Maria Summer**

1.Samuel Vazquez

2. Kerry Stewart

3.Emily Early

4.Rita Moss

5. David Hill

6. David Epperson

7.Billy Bob Brown

8.Matthew Travis

9. Matt Hartman

10. Scott Brear

11.Richard Driggers

12. David Hill

13. Patrice Ward

14. Joseph Croce

15. James Burd

**Addendum to Case Number 3.21.cv-00061-RJC-DCK**

**Summons and Complaint**

**6130 Tyvola Road**

**Charlotte, N. C. 28217**

**Employees served via Maria Summer**

16.Brian Gattoni

17. Dallas Brown

18. Brendon Wales

19. Steve Harris

20.John Gountanis

21. Chad Wolf

22. Brandon Wales