# Affidavit of Process Server

United States District Court for the Westerm District of North Carolina

(NAME OF COURT)

| Andre Antonio Davis | vs | R Andrew Murray US District Attorney | 3:21-cv61 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I, George Johnson _____, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served US District Attorney R. Andrew Murray _____

NAME OF PERSON / ENTITY BEING SERVED

with (list documents) Summons & Complaint    Docket _____

by leaving with George Como                    Administrative Manager          At

☐ Residence _____  NAME _____ RELATIONSHIP / POSITION          FILED
CHARLOTTE, NC
                          ADDRESS          CITY / STATE
                                           Charlotte, N. C.
■ Business 227 West Trade
                          ADDRESS          CITY / STATE          JUN 1 1 2021

On 6-1-2021 _____ AT 10:55 AM _____
          DATE                    TIME                          US District Court
☐ Inquired if subject was a member of the U.S. Military and was informed they are not.          Western District of NC

Thereafter copies of the documents were mailed by prepaid, first class mail on _____

DATE

from _____
     CITY          STATE          ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
■ **Corporate:** By personally delivering copies to the person named above.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Moved, Left no Forwarding    ☐ Service Cancelled by Litigant    ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist ☐ Other _____

**Service Attempts:** Service was attempted on: (1) 6-1-2021   10:55AM   (2) _____
                                               DATE        TIME          DATE          TIME

(3) _____ (4) _____ (5) _____
    DATE    TIME        DATE    TIME          DATE    TIME

**Description:.** Age 55  Sex m  Race w  Height 5'8"  Weight 170  Hair Bald  Beard ___  Glasses ___

_____
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 3 day of June , 20 2( , by George Mosby II Johnson
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

My Commission Expires          _____
November 11, 2024          SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of NC

FORM 2          NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

# Affidavit of Process Server

United States District Court for the Western District of North Carolina
*(NAME OF COURT)*

| Andre Antonio Davis | vs | R Andrew Murray US District Attorney | 3:21-cv61 US District Court |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER Western District of NC |

I, George Johnson_____, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served US District Attorney R. Andrew Murray
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) Summons & Complaint    Docket

by leaving with George Como            Administrative Manager            At
NAME                                    RELATIONSHIP / POSITION

☐ Residence _____
ADDRESS                          CITY / STATE

☑ Business 227 West Trade            Charlotte, N. C.
ADDRESS                          CITY / STATE

On 6-1-2021 _____ AT 10:55 AM _____
DATE                          TIME

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on_____
DATE

from_____
CITY          STATE          ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☑ **Corporate:** By personally delivering copies to the person named above.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other_____

**Service Attempts:** Service was attempted on: (1) 6-1-2021   10:55AM   (2)_____
DATE          TIME          DATE          TIME

(3)_____ (4)_____ (5)_____
DATE   TIME          DATE   TIME          DATE   TIME

**Description:.** Age 55   Sex m   Race w   Height 5'8"   Weight 170   Hair Bald   Beard _____   Glasses _____

_____
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 3 day of June , 2021, by George Maskell Johnson
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

My Commission Expires
November 11, 2024          _____
SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of NC

FORM 2          NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS