FILED
CHARLOTTE, NC

JUN 11 2021

US District Court
Western District of NC

FAQs >

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More

(https://reg.usps.com/xsell?app=U: psTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st

**Tracking Number:** 70181130000030516019

Remove ✕

Your item was delivered to an individual at the address at 4:41 pm on May 13, 2021 in WASHINGTON, DC 20006.

# ✓ Delivered, Left with Individual

May 13, 2021 at 4:41 pm
WASHINGTON, DC 20006

Get Updates ∨

---

**Text & Email Updates** ∨

---

**Tracking History** ∧

**May 13, 2021, 4:41 pm**
Delivered, Left with Individual
WASHINGTON, DC 20006
Your item was delivered to an individual at the address at 4:41 pm on May 13, 2021 in WASHINGTON, DC 20006.

**May 13, 2021, 10:39 am**
Out for Delivery
WASHINGTON, DC 20006

**May 13, 2021, 10:28 am**
Arrived at Post Office

WASHINGTON, DC 20037

**May 13, 2021, 6:16 am**
Departed USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**May 13, 2021, 6:10 am**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**May 12, 2021**
In Transit to Next Facility

**May 11, 2021, 7:42 pm**
Arrived at USPS Regional Facility
SOUTHERN MD DISTRIBUTION CENTER ANNEX

**May 11, 2021, 11:58 am**
USPS in possession of item
BELTSVILLE, MD 20705

---

**Product Information**    ∨

---

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback