(WDNC Rev. 01/17) Summons in a Civil Action

Civil Action No. _____

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)* Department of Homeland Security
was received by me on *(date)* May 3, 2021.

☐ I personally served the summons on the defendant at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Via USPS Certified Mail, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* May 14, 2021 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _____

Server's signature

Robert Pineda

Printed name and title **EC Ai Process Serving**
5000 Sunnyside Avenue
Suite 101
Beltsville, MD 20705
Server's address  (301)793-4336

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

      *Plaintiff* )
      v. )   Civil Action No. 3:21-cv-61
       )
CHAD F. WOLF )
       )
      *Defendant* )

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
DEPARTMENT OF HOMELAND SECURITY
ACTING SECRETARY THE HONORABLE CHAD F. WOLF    BIVENS ACTION
2801 NEBRASKA AVENUE, NW
WASHINGTON, DC 20528    DEMAND FOR JURY TRIAL

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P.O. BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*Frank D. Johns*         Date    4/28/2021

Frank G. Johns, Clerk
United States District Court

# Affidavit of Process Server

United States District Court for the Western District of North Carolina
(NAME OF COURT)

| Andre Antonio Davis | Monty Wilkinson | 3:21-cv-61 |
|---|---|---|
| PLAINTIFF/PETITIONER | VS DEFENDANT/RESPONDENT | CASE NUMBER |

I, Roberto Pineda, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I ☒served ☐was unable to serve : Department of Homeland Security
NAME OF PERSON TO BE SERVED

with (list documents) Summons / Causes of Action

by leaving with We were notified that we had to certified mail the documents due to COVID-19 At
NAME — RELATIONSHIP / POSITION

☐ Residence _____
ADDRESS — CITY / STATE

☐ Business 2801 Nebraska Avenue NW — Washington, D.C. 20528
ADDRESS — CITY / STATE

On May 14, 2021 AT 11:26 a.m.
DATE — TIME

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY   STATE   ZIP

FILED
CHARLOTTE, NC
JUN 11 2021
US District Court
Western District of NC

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Corporate:** By personally delivering copies to the person named above.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address  ☐ Moved, Left no Forwarding  ☐ Service Cancelled by Litigant  ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other _____

**Service Attempts:** Service was attempted on: (1) May 6, 2021 @ 2:45p.m. (2) _____
DATE TIME — DATE TIME

(3) _____ (4) _____ (5) _____

**Description:** Age____ Sex____ Race____ Height____ Weight____ Hair____ Beard____ Glasses____

_[signature]_
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this ____ day of June, 20 21, by _____,
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_[signature]_
SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of Maryland

[Notary seal: AMANDA L — PRINCE GEORGE'S COUNTY, MD — 06-27-2023]

FORM 2   NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

# USPS Tracking®

FAQs >

Track Another Package +

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More

(https://reg.usps.com/xsell?app=U:psTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st

**Tracking Number:** 70181130000030516002

Remove ✕

Your item was delivered to an individual at the address at 11:26 am on May 14, 2021 in DHS, VA 20598.

## ✓ Delivered, Left with Individual

May 14, 2021 at 11:26 am
DHS, VA 20598

Get Updates ∨

---

**Text & Email Updates** ∨

---

**Tracking History** ∧

**May 14, 2021, 11:26 am**
Delivered, Left with Individual
DHS, VA 20598
Your item was delivered to an individual at the address at 11:26 am on May 14, 2021 in DHS, VA 20598.

**May 14, 2021, 11:08 am**
Available for Pickup
DHS, VA 20598

**May 14, 2021, 7:23 am**
Arrived at Post Office
WASHINGTON, DC 20018

**May 13, 2021, 6:08 am**
Departed USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**May 13, 2021, 6:02 am**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**May 12, 2021**
In Transit to Next Facility

**May 11, 2021, 7:42 pm**
Arrived at USPS Regional Facility
SOUTHERN MD DISTRIBUTION CENTER ANNEX

**May 11, 2021, 12:01 pm**
USPS in possession of item
BELTSVILLE, MD 20705

**Product Information** ˅

See Less ˄

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**