# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:21-CV-061-RJC-DCK

| | |
|---|---|
| ANDRE ANTONIO DAVIS, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER** |
| | ) |
| MONTY WILKERSON, et al., | )<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the filing of "The United States' Motion To Dismiss" (Document No. 19)

In accordance with Roseboro v. Garrison 582 F.2d 309 (4th Cir. 1975), the Court advises Plaintiff, who is proceeding *pro se*, that he has a right to respond to Defendant's motion. The Court also advises Plaintiff that failure to respond may result in Defendant being granted the relief it seeks, that is, the dismissal of the Complaint.

**IT IS, THEREFORE, ORDERED** that Plaintiff shall file a response to "The United States' Motion To Dismiss" (Document No. 19) on or before **August 30, 2021**. Failure to file a timely and persuasive response will likely lead to the dismissal of this lawsuit.

The Clerk of Court is directed to send a copy of this Order to pro se Plaintiff by certified U.S. Mail, return receipt requested.

**SO ORDERED**.

Signed: August 20, 2021

David C. Keesler
United States Magistrate Judge