# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Andre Antonio Davis**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:21-cv-00061-RJC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Monty Wilkerson, et al | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 23, 2022 Order.

March 23, 2022

*Frank G. John*

Frank G. Johns, Clerk
United States District Court